# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 21-00015-02 |
| VERSUS | CHIEF JUDGE S. MAURICE HICKS, JR. |
| EDUARDO LOZANO (02) | MAGISTRATE JUDGE HORNSBY |

## ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections (Record Document 92) and response (Record Document 98) thereto filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Defendant's Motion to Suppress (Record Document 64) is **DENIED**.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 1st day of June, 2021.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE