**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 21-00015-02-02 |
| VERSUS | CHIEF JUDGE S. MAURICE HICKS, JR. |
| EDUARDO LOZANO (02) | MAGISTRATE JUDGE HORNSBY |

**ORDER**

The Report and Recommendation of the Magistrate Judge having been considered, and the parties having waived their objections thereto;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Defendant's guilty plea is accepted, and the court hereby adjudges Defendant guilty of the offense charged in Count 1 of the Indictment.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 17th day of June, 2021.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE